JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>        Plaintiff,<br><br>   v.<br><br>Camilles, Inc., et al.,<br><br>        Defendant(s).<br>_____ | SACV 13-01952 JVS (JPRx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: April 8, 2014

                                            _____<br>
                                                James V. Selna<br>
                                           United States District Judge